FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2023

SEAN F. McAVOY, CLERK

United States District Court

Eastern District Of Washington

---

Scott W Humphreys

v.

SECURUS, et al

---

PURSUANT 42 U.S.C. § 1983


Scott W Humphreys #372442
Coyote Ridge Corrections Cnt
PO Box 769; EB-14
Connell, WA. 99326-0769

# United States District Court
### Eastern District of Washington

Humphreys Scott W   WAC 654, violation
Ex-post-facto.

*(In the space above enter the full name(s) of the plaintiff(s).)*

Case No. **4:23-cv-05052-RMP**
(To be filled out by Clerk's Office only)

-against-

Comm.CRUSKRY AND Including But Not Limited To Kitchen, Coyrelage
SERIOUS Phone SPELIST, Chain of Custody And Command Coyterioge
COYTE RIDGE, SUPERINTENT/ DESENTEE/ IllCoyveRIDGE
Mail Room Reslokation Spelist Danuie Armbruster DOC AND Darlene Her/NSS Estant — J.Mail Room
C.U.S EB14, Cominaty Custedy offecer Dean, Banklens
N.SIMPSON
Officers, TAVARES J, RESLOCATION SPEINIST
REDICT RESLOKATION SRELST
JeSSICA TAVAReS, MEDICAL/ DIETOKITS, RSwills
CSC(2)

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☐ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Name (Last, First, MI): HUMPHREYS Scott W

Aliases: NA, Note WAC 654 violation

Prisoner ID #: 372442

Place of Detention: Coyote Ridge Corrections Center

Institutional Address: P.O. Box 769

County, City: Frankland Connell    State: WA    Zip Code: 99326

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: SERIOUS - phone spclist
~~[redacted]~~ SH
Name (Last, First)

Novaspelist & JPG spclist
~~[redacted]~~ SH
Current Job Title

FRANKLAND
Current Work Address

CONNell        WA        99326
County, City    State    Zip Code

Defendant 2: Jessica TAVARES
Name (Last, First)

RESLOUTION OFFICE
Current Job Title

FRANKLAND
Current Work Address

CONNell        WA        99326
County, City    State    Zip Code

Defendant 3:
MAIL ROOM        WA        99326
Name            STATE    Zipcode
REVEWING MAIL    WA        99326
Job Title        State    Zipcode

Defendant 4: AA SIMPSON.        WA        99326
Name            STATE    ZIP CODE

RETRACTED SH    BANKING        WA        99326
                State    ZIPCODE
Current Job Title
Current Work Address

Defendant 5:
Name County FRANKLAND, City CONNell State WA Zipcode 99326
MAIL ROOM RESlOUTIONEST    WA    99326
JobTitle RESloution SPLIST    State    ZIPCODE
Current ~~[redacted]~~ SH FRANKLAN Dcounty CONNell WA 99326
Work Address    City    State Zipcode

**Defendant(s) Continued**

Defendant 4: DEAN, Levi,c
Name (Last, First)

PROPERTY
Current Job Title

FRANKLAND
Current Work Address

CONNELL    WA    99326
County, City    State    Zip Code

Defendant 5: REFER TO DIGITAL RECORDS
Name (Last, First)

MEDICAL
Current Job Title

FRANKLAND
Current Work Address

CONNELL    WA    99326
County, City    State    Zip Code

Defendant 6: SCCC, OPTOMERY    WA ABERDEEN    99326
NAME    State    ZIP CODE
Head of OPTOMERY    FRANKLAND    CONNELL    98520
Current JOB TITLE    COUNTY    CITY    ZIPCODE

Defendant 7: COTYERIDGE    WA    99326
NAME    STATE    ZIPCODE
Head of REENTRY DIV    WA    FRANKLAND    CONNELL    99326
CURRENT JOB TITLE    STATE    COUNTY    CITY    ZIPCODE

DEFENDANT 8: DAN LYNALE AMBRUSTER    WA
NAME    STATE    DOC- DIGITLE RECORD
ZIP CODE

Defendant 9: R.Wills    WA    99326
LS2 PROPERTY    NAME    STATE    ZIPCODE
SPECIALIST
TITLE    WA    99326
STATE    ZIPCODE

DEFENDANT 10:
SUPPERINTENT/DESENTEE    WA    FRANKLAND COUNTY    WA    99326
NAME ON RECORD    STATE    CURRENT WORK ADDRESS    STATE    ZIP CODE

## V. STATEMENT OF CLAIM

Place(s) of occurrence: COYTE RIDGE CORRICTIONAL CENTER, SCCC, W.S.P.

Date(s) of occurrence: Current AND ON GOING - EX-POST-FACTO - PERCONUS-SAUSER.

State which of your federal constitutional or federal statutory rights have been violated:

THE FIRST AMENDMENT, 4TH AMENDMENT, AND INCLUDING BUT NOT/IMMITED TO THE EIGHTH AMENDMENT, AND [CAT] CONVENTION AGAINST TOTURE[ACT] EX-POST-FACTO -

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

I WAS TRANSPHERD FROM WALLA WALLA PRISION AFTER BEING PIASED IN A6, SAG, FOR, 4 SH MONTHS, PRIOR TO THAT, S.C.C.C. PIASED ME IN AD SEG. 4, 4 MONTHS, RETALLATION CLAIM, I HAVE A LOWER BUNK H.S.R. SINGLE SELL STATIS, FROM COWLITZ COUNTY WA 98632, AND SCCC, ST AFFORD CREEK CORRECTIONS CENTER 191 SH CONSTINTANE WAY ABERDEEN WA ZIP 98520, ATTO RNEY CLINT PRIVILAGE AND INCLUDING BUT NOT LIMITED TO ALL MEDICAL PROPERTY, GLASSES, JPG PLAYER FACT WORK PRODUCT, INSURED BY COWLITZ COUNTY OF OFFICE OF PUBLIC DEFENCE, AND THE STATE OF WASHINGTON. I WAS DINOSED WITH T.M.J. [TBI] COVID-19?, ASMA, HART MURMER, SCINOUS PROBLEMS, I WOKE UP DURNING SURGERY, DENTAIL NERVE BLOCKED A TOOTH THAN PULLED THE WRONG TOOTH, AND CHARGED

me, THAN DOC. WALLA WALLA BROKE MY GLASSES PAYED FOR BY THE I.R.S. AND CHARGED ME 12 DOLLARS, EX-POST-FACTO, cite EXZIBET, The 1st, 3RD AND THE EIGHTH CIRCUIT FEDERAL COURT OF LOUISANA cited VERBULE GRIEVENCES ARE PROTECTED RIGHTS, the UNITED STATES SUPREME COURT, stated GREVENCES CAN BE SUBMITTED ON ~~5th~~ TOWLET PAPER, NEVER RESENDED, ~~5th~~ MEDICAL PROVIDED BEN-PREDZONE, NO ANTEBEOTC, citING BUSNESS OFFICE DANIE WARNIC ADMINISTER AND PHD CERTIFED DOCTOR SEAN, AARON, AND PAUL, NACOLE SAPHURE AND UNITERVLSNY OF WASHINGTON, REVIEW citeING T. CELLS AND N.K.CELL STUDYS, MEDICAL RECORDS ARE EXPANDED X3, DOC LOST ALL PROGRAM FILES NOTE- NO CERTIFED FINANCIL OFFICERS PROVIDED, UNITED STATES MARTIALS AND DEPUTY MARTIALS NOTIFED, RESPECTFULLY SUBMITTED, PlAINTIFF, SEEKS A CERTIFICATE OF IVNCES STATES, FROM THIS HONORABLE COURT, NOTE PlAINTIFE HAS BEEN CHARGED FOR CABLE AND ~~TV~~ NOT PROVIDED SERVICE RET-ROACTA fully APPlYED, ALL LEGAL DOCUMENTS NOT to Returned PROVIDED, GREVENCES PROVIDED. CITE ABCUSE OF THE RESCOUTTONUP GREEVENCE SYSTEM BY DEFENDANTS, CITE [DEPARTMENT OF JUSTICE FOUND] D.O.C IN CONTEMPT OF COURT 60 MONTHS AGO, AND GOVENOR J.INSLEY REP-AFFERMED DOC COLLECTED 1 MILLION DOLLARS IN L.F.Os, THE GOVERNERS REP AFFERMED IT TOOK D.O.C. 4 MILLION U.S. DOLLARS TO ACOMPLYSH,

(14)

(13)

EX-POST FACTO, NOTE DOC INANTVERLENTLY DEDUCTED FEDERALLY EXEMPT FUNDS, INSURED BY THE UNITED STATES DEPARTMENT OF TRASURY. DANIALE AMBRUSTER, AND ASSISANT DENECE CONTACTED, RESPECTFULLY, CITE TO EXIBITS, 'ID' COPIES, CITE HIPPA AND HIPPIA CRATIC OATH VIOLATIONS, KIOSK 1/26/2020, FROM SCCC STATED NO MONEY SHALL BE TAKEN, CONCERNING IRS STIMULIS, FOWORD COPIE TO ATTORNEY OF RECORD, ON FILE, AND P.O.A. GRANTED BY SUPERIOR COURT JUDGE AND CLERKS ASSOATION 'ID' FOUND ON EXIBITS, CITE OBSTRUCTION OF JUSTICE ARE USC 150-05, PER COUNT SUBJECT TO 3 TO 5 YEARS RESPECTFULLY RETROACTFULLY APPLYED, NEEDS VETTENG, [RETRACTED] ED, SEEK A CONSTRUCTICES, 'ID' ONE WHO INTERPETS STATUTES, UNDER R.C.W. 9.95.85. EXPIDATED STATUTE [RETRACTED SH] CITE CIVIL RULE 60 B, FOOTNOTE - NOTE 85 AMENDMENT APPLIES TO THOSE INDGENT PRISONERS V. NON INDGENT PRISONERS, VIOLATES THE UNITES STATES FOURTEENTH AMENDMENT, [RETRACTED] EQUAL RIGHTS, CITE EQUABLE TOLLING, TOLLS THE STATUTE OF LIMITATIONS DURING A PERIOD OF INCARATION, IN-RE PETION OF BONDS, EX-POST-FACTO, SINGED Scott W Humphreys  DOC 3724572 WAC 654
PRINTED Scott W Humphreys DATED 4/12/23. PLANTIFF STATES WAC 654 VIOLATED DOC 372.4HR
FOR THE RECORD. HE HAS LAYED THESE LEGAL DOCUMENTS IN THE HANDS OF THE DEFENDANTS TO BE E FILED, FILED WITH PREJUDICE LEGAL DOCUMENTS, TOTAL, CITE BIOMETRIC-VETTING

[ATTACH FICO. VIOLATION CITE: JONES V. BOC K2001]

PAGE DOUBLE ASTRIC #9 REVISED

45

[SEE HANDLING OF COURT EXIBIT RULE 20]

(15)

Page 7 of 10

Head Note: MEREICAL ~~BOOKED~~ CAUSED APPOINTMENT ON 4/14/23, cite too ⑭ sh Verbule grievences Affermed IN 1st, 3RD, 28th Circut Federal court of

V. NOW BIOMETRIC VEHENE VIOLATION - PER CONUS - SAUGAR. Appis ~~DENIED~~ Louisiana

I.A.B.A AMERICAN BANKING VIOLATION, CAPITAL 1 STATES, WESTLAW, BLACKSLAW, W.T.O, RICO, LITTLE, A.C.L.U. I.L.W.U, PURE REVIEW

## VI. ADMINISTRATIVE PROCEDURES
NOTE PRO FORMA & IFP STATES LITIGANTS ARE NOT HELD TO SAME STANDARD AS LICENSED BOUNDED ATTORNEYS.

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No
    If no, explain why not:

Is the grievance process completed? ☒ Yes ☐ No
    If no, explain why not:

## VII. RELIEF
REVISED PLAINTIFF RESERVES THE RIGHT TO WITH-DRAW IN THE INTREST OF JUSTICE. AND OF THE SPERITE OF JUSTICE, & NOT RESPECTFULLY. Citeing CRO VIOLATION, CDC, FDA

HEAD NOTE: SEEKING STRICT LEABILTY, AND/OR A GAGE ORDER. MOVES THIS COURT TO AMEND AND RULE IN FAVOR OF PLAINTIFF. PLACE A FRIEZE AND A HOLD ON ALL ACCOUNTS, EX-POST-FACTO

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

FOWORD COPIES TO HEAD NOTE: DOUGHTER ADDRESS ARE BRITTANY LAGRACO 109 CARRAGE COURT KELSO WA ZIPCODE 98626, P.O.A. VICKIE COLOVITO 3039 FLORDA ST LONGVIEW WA 98632 EXPIDATED UNDER ER.CP STATUTES.

PROVIDE ALL PF REPORTS 3 LEGAL BOXES AND PERSONAL PROPERTY EXPIDATED UNDER STATUTE, Provide A SJS OR SJT SETTLE MENT COMPED AT $250 THOUSAND PARLAYED RESPECTFULLY

EMERGENCY RELICE ORDER BE GRANTED. RETURN ALL ~~PROPERTYS~~ EXPIDATED UNDER STATUTE; "SEE C.I.S.A" ATTACK EX-POST-FACTO VIOLATION, UN-STRICKEN ALL# PROVIDE "NEW CITCED J.P6", & correct PIN #, PROVIDE NEW GLASSES, Single Cell, NO UPPER BUNK STATIS PROVIDE correct ANTIBIOTIC, PREDSOME PAIN MED. FOUND IN EXPANDED MEDICAL FILES, SET UP A NEW SSI HEREING, UN-STRICKEN ALL PHONE #S, FIX PHONES, foward copies TO TERRY ~~MULIGAN~~ ATTORNEY of RECORD 1233-3600 - COOSE BAY WASHINGTON & P.O.A VICKIE COLLVITE USBAF16076 GRANTED BY COWLITZ COUNTY SUPERIOR COURT JUDGE AND CLERKS ASSOCIATION, 3039 FLORDA ST LONGVIEW WASHINGTON ZIPCODE 98632. EXPIDATED, Note I HAVE BEEN Liveing IN 3- DIFFERENT ~~STATES~~ WHILE IN-PRISSON, Cite CISA HACK? T.Y.

RESTORE ALL POINTS BACK TO 67, Citeing RETALLICAN CLAIM.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☒ Yes   ☐ No

If yes, how many?  2

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

3 BOXES MISSING i.e. NOT ARRIVED? note-Due To DOC policy # violation 42320 States PIASED AS found. RETROACTIVELY [RETRACTED] APPLYED, PIANTIFF CAN NOT [RETRACTED] ANSER This HONORABle COURT LEGALY UNDER OATH, RETROACTIVELY [RETRACTED] APPLYED-EX-POST-FACCO.



## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

REVISED 4/20/23 oNor About
ON or About 4/18/23 — ORIGINAL
Dated

Scott Humphreys ) WAC 654, Ex Post Facto
Plaintiff's Signature

Humphreys Scott W
Printed Name (Last, First, MI)

372442
Prison Identification #

Coyete Redge Corrections Center, PoBox 769 Conwell  WA  99326
Prison Address                                         City        State  Zip Code