AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2023

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| SCOTT W. HUMPHREYS | |
| *Plaintiff* | ) |
| v. | ) |
| COYOTE RIDGE SUPERINTENDENT, DANUNNLE | ) |
| AMBRUSTER, LARLINE, DEAN BANKING, JESSICA | ) |
| TAVARES, RS WILLS, SERIOUS, A.A. SIMPSON, MAIL | ) |
| ROOM, MAIL ROOM RESOLUTIONIST, LEVI C. DEAN, | ) |
| REFER TO DIGITAL RECORDS, OPTOMERY SCCC, and | ) |
| COYOTE RIDGE, | |
| *Defendant* | |

Civil Action No.  4:23-cv-05052-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  This action is DISMISSED WITHOUT PREJUDICE for non-payment of the filing fee as required by 28 U.S.C. § 1914.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    Rosanna Malouf Peterson _____

Date:  6/7/2023 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Lee Reams _____
*(By) Deputy Clerk*

Lee Reams _____